KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants California Department of Corrections and Rehabilitation, Alkire, Altamirano, Arnold, Atkinson, Beard, Cate, Davis , Dickinson, Harman, Hickman, Hubbard, Kavelage, Reyes, Romero, Stubbs, Tilton, Winistorfer, and Woodford*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et. al.,** <br><br> Defendants. | Case No. 2:14-at-01099 <br><br> **DEFENDANTS' REQUEST FOR SCREENING ORDER AND FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Plaintiff Michael Clark, a prisoner in the custody of the California Department of Corrections and Rehabilitation (CDCR), commenced this action in the Superior Court of California, County of Sacramento, on October 9, 2013, and subsequently filed a first amended complaint on December 12, 2013, and a second amended complaint on June 20, 2014, each asserting claims for damages and injunctive relief relating to his security, housing, and conditions of confinement, including for an injunction transferring his prison housing assignment, based on fraud, breach of contract, negligence/"violation of mandatory duties," and "civil rights

1

violations." On August 7, 2014, Clark served a motion for immediate injunctive relief, seeking an order to modify his prison housing assignment based on "CDCR regulations, the law, [and] state and federal constitutions," including "the Eighth Amendment proscription against cruel and unusual punishment." On September 5, 2014, Defendants CDCR, Alkire, Altamirano, Arnold, Atkinson, Beard, Cate, Davis, Dickinson, Harman, Hickman, Hubbard, Kavelage, Reyes, Romero, Stubbs, Tilton, Winistorfer, and Woodford removed the action to the United States District Court for the Eastern District of Sacramento.

Defendants request that the Court screen the second amended complaint. The Prison Litigation Reform Act of 1995 (PLRA) mandates early judicial screening of prisoner complaints, "before docketing, if feasible or, in any event, as soon as practicable after docketing." *See* 28 U.S.C. §§ 1915(e)(2) & 1915A(b). The Court must sua sponte dismiss any complaint, or any portion of it, that is frivolous, malicious, fails to state a claim, or that seeks damages from defendants who are immune. *Id.*; *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (§ 1915(e)(2)); *Resnick v. Hayes*, 213 F.3d 443, 446 (9th Cir. 2000) (§ 1915A).

Defendants further request that, if the Court permits the action to proceed after screening, the Court extend the time for Defendants' responsive pleading to thirty days after service of the screening order.

Dated: September 5, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Jon S. Allin*

JON S. ALLIN
Deputy Attorney General
*Attorneys for Defendants California Department of Corrections and Rehabilitation, Alkire, Altamirano, Arnold, Atkinson, Beard, Cate, Davis, Dickinson, Harman, Hickman, Hubbard, Kavelage, Reyes, Romero, Stubbs, Tilton, Winistorfer, and Woodford*

SA2014311887
11471482.doc

2

Defs.' Request for Screening Order and Extension of Time (Case No. 2:14-at-01099)